UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 5:26-cv-00340-SPG-DSR | **JS-6** | Date | February 26, 2026 |
| Title | Jeffrey Lawrence Weiss v. Renee Carroll | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT |
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT FOR SAN BERNADINO COUNTY**

Plaintiff Jeffrey Lawrence Weiss ("Plaintiff") filed this action in California Superior Court on November 25, 2025. *See* (ECF No. 1-1 ("Complaint")). The Complaint alleges that Defendant Renee Carroll ("Defendant"), "acting outside the scope of her employment, continued reporting a false debt based on forged California lease documents that contradicted [Plaintiff's] Servicemember Civil Relief Act break-lease." (*Id.* at 3). On January 27, 2026, Defendant removed the case to this Court. (ECF No. 1 ("Notice of Removal")). In the Notice of Removal, Defendant asserted that the Court has federal question jurisdiction to hear this case, pursuant to 28 U.S.C. § 1331, because the Complaint arises under the Servicemember Civil Relief Act. *See* (*id.* ¶ 1).

On February 20, 2026, the Court issued an Order to Show Cause Why the Court Should Not Remand for Lack of Subject Matter Jurisdiction. *See* (ECF No. 9 ("OSC")). The Court explained that the Complaint does not allege Defendant violated the Servicemember Civil Relief Act but, instead, seeks to hold Defendant liable for "reporting a false debt" and claims the debt in question relates to "forged California lease documents" that contradict Plaintiff's rights under the Servicemember Civil Relief Act. *See* (OSC at 2). The Court therefore ordered Defendant to show cause why the Court should not remand the case for lack of subject matter jurisdiction. *See* (*id.*). On February 24, 2026, Defendant filed a response to the OSC. *See* (ECF No. 10). In her response, Defendant states that she has "no objections to the Court's intention to remand this matter to state court due to lack of subject matter jurisdiction." (*Id.* at 2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00340-SPG-DSR | Date | February 26, 2026 |
| Title | Jeffrey Lawrence Weiss v. Renee Carroll | | |

In cases removed from state court, the removing party bears the burden of establishing federal subject matter jurisdiction. *See Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1195 (9th Cir. 1988). As set out in the OSC, the Complaint does not appear to assert a claim under federal law. Instead, Plaintiff claims that Defendant wrongfully reported a false debt. *See* (Compl. at 3). In Defendant's response to the OSC, Defendant does not argue that Plaintiff's claim nevertheless arises under federal law because the case still poses a federal question for purposes of subject matter jurisdiction. *See Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 313 (2005) (addressing circumstances in which a state law cause of action can nevertheless present a federal question for subject matter jurisdiction).

Therefore, in light of the "strong presumption" against removal jurisdiction, the absence of a federal cause of action on the face of the Complaint, and Defendant's failure to defend the basis for her assertion of subject matter jurisdiction, the Court REMANDS this action to the California Superior Court for San Bernadino County. *See Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992); *see also Moore-Thomas v. Alaska Airlines, Inc.*, 553 F.3d 1241, 1244 (9th Cir. 2009) ("The removal statute is strictly construed, and any doubt about the right of removal requires resolution in favor of remand."). The Court further DENIES Defendant's Motion for a More Definite Statement, filed at ECF No. 7, as moot.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg