JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LAWRENCE WEISS,<br><br>Plaintiff,<br><br>v.<br><br>RENEE CARROLL,<br><br>Defendants. | Case No. 5:26-cv-00340-SPG-DSR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Remanding the Action to California Superior Court for San Bernadino County, filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the California Superior Court for San Bernadino County for further proceedings.

**IT IS SO ORDERED.**

DATED: February 26, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-